■ DANIEL COLLAZO et al., Appellants, v NETHERLAND PROPERTY ASSETS LLC et al., Respondents. [64 NYS3d 537]—Order, Supreme Court, New York County (David B. Cohen, J.), entered March 7, 2017, which granted defendants' motion to dismiss plaintiffs' complaint, unanimously affirmed, without costs.

The motion court providently exercised its discretion in ruling that plaintiffs' rent overcharge claims should be determined by the New York State Division of Housing and Community Renewal in the first instance (*Olsen v Stellar W. 110, LLC*, 96 AD3d 440, 441-442 [1st Dept 2012], *lv dismissed* 20 NY3d 1000 [2013]). The court also correctly ruled that plaintiffs had failed to state a cause of action for relief under General Business Law § 349 (*Aguaiza v Vantage Props., LLC*, 69 AD3d 422, 423 [1st Dept 2010]). Concur—Richter, J.P., Kapnick, Webber, Oing and Singh, JJ.